1
2
3
4
5
6
7
8                          UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
9                                    AT TACOMA

10    DARRICK L. HUNTER,

11                    Plaintiff,                    CASE NO. 3:18-cv-05198-BHS-JRC

12          v.                                      ORDER DENYING MOTION FOR
                                                    SERVICE
13    CHARLES N. ROHRER, et al.,

14                    Defendants.

15

16          Plaintiff Darrick L. Hunter, proceeding *pro se* and *in forma pauperis*, filed this civil

17    rights action under 42 U.S.C. § 1983. Before the Court is plaintiff's motion for service by the

18    United States Marshal Service. Dkt. 11.

19          After screening plaintiff's complaint, the Court directed the Clerk to serve the complaint

20    on plaintiff's named defendants. Dkt. 4. Several defendants filed waivers of service, but

21    defendant Gilbert had not. *See* Dkts. 7-10. In June of 2018, plaintiff filed a motion for service by

22    the Marshal Service. Dkt. 11. He stated that he had diligently attempted to procure the address of

23

24

1   defendant Gilbert in order to perfect service on her, but was unsuccessful. *Id.* He asked the

2   Court to direct the Marshall Service to serve his complaint on defendant Gilbert. *Id.*

3          However, after plaintiff filed his motion, defendant Gilbert entered a waiver of service

4   and subsequently filed an answer to his complaint. Dkts. 14, 16. As such, plaintiff's request to

5   direct service on defendant Gilbert is now moot.

6          Therefore, the Court denies plaintiff's motion to direct service by the Marshal Service

7   (Dkt. 11) as moot.

8          Dated this 25th day of July, 2018.

J. Richard Creatura
United States Magistrate Judge