Honorable Benjamin H. Settle
Honorable J. Richard Creatura

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DARRICK L. HUNTER,

    Plaintiff,

v.

CHARLES N. ROHRER, SERGEANT; AND TIMOTHY J. McCANDLESS, SERGEANT; AND MARGARET GILBERT, SUPERINTENDENT FOR THE WASHINGTON STATE DEPARTMENT OF CORRECTIONS IN THEIR INDIVIDUAL AND OFFICIAL CAPACITIES;

    Defendants.

Case No. C18-5198-BHS-JRC

DECLARATION OF EUGENE TREMBLE IN SUPPORT OF PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

I, EUGENE TREMBLE, make the following declaration:

1. I have knowledge of the facts herein, am over 18 years of age, and am competent to testify to such facts. I am African-American (Black).

2. I am currently an inmate at the Stafford Creek Corrections Center ("SCCC") in Aberdeen, Washington. During the time of the events giving rise to the allegations in the Complaint, I was also an inmate and confined at the SCCC.

3. I worked as a member of the SCCC inmate custodial crew in the engineering section in an area known as the HUB under the supervision of SCCC's inmate custodial crew

DECL. OF EUGENE TREMBLE ISO PL'S RESPONSE TO DEFS' MSJ - 1
(Case No. C18-5198-BHS-JRC)

4828-5602-3255.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1  manager Mark Sherwood. Our custodial crew was responsible for cleaning SCCC's Extended
2  Family Visitation housing units ("EFV") after family visits with inmates.

3      4.    The custodial crew consisted of inmates who were black.

4      5.    During my employment on the custodial crew, I worked alongside inmate Darrick
5  Hunter ("Hunter").

6      6.    I observed situations involving officers, including Sergeant Charles Rohrer
7  ("Rohrer") and Sergeant Timothy McCandless ("McCandless") that I believe constituted racially
8  motivated discrimination. I noticed this especially after Sherwood hired two more black inmates
9  to work on our crew. After that, it seemed as if we were being watched in a different way, as if
10 McCandless and Rohrer were looking to find things we were doing wrong.

11     7.    After each family visit, our custodial crew was responsible for cleaning the EFV.
12 Although the inmates and family members that participated in the family visits were subject to
13 strict security measures and the units were thoroughly searched for contraband and damage
14 before we were permitted inside the unit, our crew was strip searched after every cleaning.
15 Although there were other crews (consisting of mostly white offenders) that entered and
16 performed maintenance work in the EFV, our crew was the only crew that was subjected to strip
17 searches.

18     8.    I recall being at lunch in about January 2016 and Hunter requesting a special
19 lunch after being given a regular lunch containing food that he had a severe allergy to. Rohrer
20 insisted that Hunter bring in a copy of his health status report ("HSR") even though Rohrer could
21 have easily looked it up on the computer. When Hunter brought in the copy of the HSR the next
22 day, Rohrer said "you're just playing with me," took Hunter into the hall, and suspended him

23     9.    I also recall a prior event in which Hunter got a lunch that did not have any potato
24 chips, and I pointed out to him that all the other box lunches had potato chips. I had traded one
25 my cookies with another inmate for his potato chips. I saw Hunter go up to McCandless to show
26

DECL. OF EUGENE TREMBLE ISO PL'S RESPONSE
TO DEFS' MSJ - 2
(Case No. C18-5198-BHS-JRC)

4828-5602-3255.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1  McCandless that Hunter's lunch did not have any potato chips, and saw McCandless get mad at
2  Hunter.

3      10.    On another day when our crew was delivering jugs to the back kitchen dock,
4  Hunter waved at AC Diana Krasowski and she came out to talk with him. Although Hunter did
5  not go in to see her, he was suspended again.

6      11.    Sherwood gave our crew tinted safety glasses to use while cleaning windows, just
7  like other crews had for that work. After Rohrer saw us wearing those glasses, Sherwood told us
8  that he had been ordered to take them from us and we were unable to use them.

9      12.    Sherwood told our crew that we needed to be on our best behavior because Rohrer
10 and McCandless were trying to get rid of us. I believe this was because our crew was black.

11     13.    I have seen many officers act funny toward Sherwood and act disrespectfully to
12 him, compared to the way they treat their other co-workers. I have heard Sherwood being called
13 "SherHood" by other officers, including Rohrer and McCandless. I understood this to be a
14 reference to the fact that Sherwood had assembled and was supervising our all black crew.

15     14.    Although I have not heard any additional specific racial remarks from Rohrer and
16 McCandless, their actions against our crew and their treatment toward us lead me to believe they
17 were racially motivated.

18     15.    I was interviewed on May 25, 2016 by DOC employee Stella Jennings about
19 Darrick Hunter's allegations and confirmed most of the above.

20     16.    _____
21 _____
22 _____
23 _____
24 _____
25 _____
26 _____.

DECL. OF EUGENE TREMBLE ISO PL'S RESPONSE
TO DEFS' MSJ - 3
(Case No. C18-5198-BHS-JRC)
4828-5602-3255.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121

1  I declare under penalty of perjury that the foregoing is true and correct to the best of my
2  knowledge.
3  EXECUTED this 28 day of Jan, 2021, at Monroe, Washington.

_____
EUGENE TREMBLE

DECL. OF EUGENE TREMBLE ISO PL'S RESPONSE
TO DEFS' MSJ - 4
(Case No. C18-5198-BHS-JRC)

4828-5602-3255.1

MILLER NASH GRAHAM & DUNN LLP
ATTORNEYS AT LAW
T: 206.624.8300 | F: 206.340.9599
PIER 70
2801 ALASKAN WAY, SUITE 300
SEATTLE, WASHINGTON 98121